# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
DUFFY, SHAWN G § Case No. 10-34376
DUFFY, MARIANNE T §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/31/2010 . The undersigned trustee was appointed on 11/18/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $       30,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 10,477.68 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 19,522.32 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/19/2015 and the deadline for filing governmental claims was 02/19/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,750.00 , for a total compensation of $ 3,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 106.95 , for total expenses of $ 106.95 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/18/2016         By:/s/BARRY A. CHATZ
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-34376 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | BARRY A. CHATZ |
| Case Name: | DUFFY, SHAWN G | | | | Date Filed (f) or Converted (c): | 07/31/2010 (f) |
| | DUFFY, MARIANNE T | | | | 341(a) Meeting Date: | 10/22/2010 |
| For Period Ending: | 11/18/2016 | | | | Claims Bar Date: | 02/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Real Property Located At 6804 Crandall, Worth, Illinois | 165,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking account | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 350.00 | 0.00 | | 0.00 | FA |
| 5. Books, pictures, art objects, collections | 350.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 7. IRA, ERISA, Keogh or pension or profit sharing plans | 146,000.00 | 0.00 | | 0.00 | FA |
| 8. IRA, ERISA, Keogh or pension or profit sharing plans | 14,473.00 | 0.00 | | 0.00 | FA |
| 9. Automobiles, trucks, trailers, vehicles | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Automobiles, trucks, trailers, vehicles | 500.00 | 0.00 | | 0.00 | FA |
| 11. Cause of Action (u) | Unknown | Unknown | | 30,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $328,223.00   $0.00   $30,000.00   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settlement reached with defendant and currently being documented for gross settlement payment in the amount of $30,000. Net benefit to estate of approximately $19,515.00 with no claims to be allowed in bankruptcy estate by defendant.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

| | | | |
|---|---|---|---|
| RE PROP # | 9 | -- | 1999 Lincoln Town Car |
| RE PROP # | 10 | -- | 1996 Crown Victoria |
| RE PROP # | 11 | -- | Trustee discovered potential cause of action being prosecuted by debtors post-discharge.  Trustee stepped into suit as rightful owner of cause of action. |

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2016     Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-34376 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | DUFFY, SHAWN G | Bank Name: | Union Bank |
|  | DUFFY, MARIANNE T | Account Number/CD#: | XXXXXX0821 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX9249 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/18/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/12/16 | 11 | GOLDEN PYRAMID ENT. INC. | PREFERENCE SETTLEMENT | 1249-000 | $30,000.00 |  | $30,000.00 |
| 06/14/16 | 400001 | BRODY, STUART M.<br>Sneckenberg, Thompson & Brody, LLP<br>161 N. Clark Street<br>Suite 3575<br>Chicago, IL 60601 | ATTORNEY FEES AND EXPENSES PURSUANT TO COURT ORDER ENTERED 6/13/16 |  |  | $10,477.68 | $19,522.32 |
|  |  | BRODY, STUART M. | ($10,000.00) | 3210-000 |  |  |  |
|  |  | BRODY, STUART M. | ($477.68) | 3220-000 |  |  |  |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $30,000.00 | $10,477.68 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $10,477.68 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $10,477.68 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:      $30,000.00      $10,477.68

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0821 - Checking | $30,000.00 | $10,477.68 | $19,522.32 |
|  | $30,000.00 | $10,477.68 | $19,522.32 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-34376  
Debtor Name: DUFFY, SHAWN G  
Claims Bar Date: 2/19/2015  

Date: November 18, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3210 | STUART M. BRODY<br>Sneckenberg, Thompson & Brody, LLP<br>161 N. Clark Street<br>Suite 3575<br>Chicago, IL 60601 | Administrative | | $0.00 | $10,000.00 | $10,000.00 |
| 100 3220 | STUART M. BRODY<br>Sneckenberg, Thompson & Brody, LLP<br>161 N. Clark Street<br>Suite 3575<br>Chicago, IL 60601 | Administrative | | $0.00 | $477.68 | $477.68 |
| 100 2100 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $3,750.00 | $3,750.00 |
| 100 2200 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Administrative | | $0.00 | $106.95 | $106.95 |
| 100 3210 | FRANKGECKER LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $12,808.00 | $12,808.00 |
| 100 3220 | FRANKGECKER LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $35.44 | $35.44 |
| 100 2700 | U. S. Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | Administrative | fee for re-opening case | $0.00 | $260.00 | $260.00 |
| 1 300 7100 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $9,469.40 | $9,469.40 |
| 2 300 7100 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $8,454.65 | $8,454.65 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-34376
Debtor Name: DUFFY, SHAWN G
Claims Bar Date: 2/19/2015

Date: November 18, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 300 7100 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $9,406.85 | $9,406.85 |
| 4 300 7100 | Aurora Internists & Primary Care<br>C/O Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, Il 61301 | Unsecured | | $0.00 | $209.32 | $209.32 |
| 5 300 7100 | Quantum3 Group Llc As Agent For Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $749.66 | $749.66 |
| 6 300 7100 | Pyod, Llc as Assignee of Citibank (SD) NA<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $23,830.07 | $23,830.07 |
| 7 300 7100 | Pyod, Llc as Assignee of Citibank (SD) NA<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $7,049.40 | $7,049.40 |
| 8 300 7100 | Pyod, Llc as Assignee of Citibank (SD) NA<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $7,755.63 | $7,755.63 |
| 9 300 7100 | Pyod, Llc as Assignee of Citibank (SD) NA<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $2,962.36 | $2,962.36 |
| 10 300 7100 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $2,588.61 | $2,588.61 |
| | Case Totals | | | $0.00 | $99,914.02 | $99,914.02 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-34376
Case Name: DUFFY, SHAWN G
　　　　　　　DUFFY, MARIANNE T
Trustee Name: BARRY A. CHATZ

　　　　　Balance on hand　　　　　　　　　　　　　　　　　$　　19,522.32

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 106.95 | $ 0.00 | $ 106.95 |
| Attorney for Trustee Fees: STUART M. BRODY | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| Attorney for Trustee Expenses: STUART M. BRODY | $ 477.68 | $ 477.68 | $ 0.00 |
| Charges: U. S. Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: FRANKGECKER LLP | $ 12,808.00 | $ 0.00 | $ 12,808.00 |
| Other: FRANKGECKER LLP | $ 35.44 | $ 0.00 | $ 35.44 |

　　　Total to be paid for chapter 7 administrative expenses　　　$　　16,960.39
　　　Remaining Balance　　　　　　　　　　　　　　　　　　　　$　　2,561.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 72,475.95  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 9,469.40 | $ 0.00 | $ 334.73 |
| 2 | DISCOVER BANK | $ 8,454.65 | $ 0.00 | $ 298.86 |
| 3 | DISCOVER BANK | $ 9,406.85 | $ 0.00 | $ 332.52 |
| 4 | Aurora Internists & Primary Care | $ 209.32 | $ 0.00 | $ 7.40 |
| 5 | Quantum3 Group Llc As Agent For | $ 749.66 | $ 0.00 | $ 26.50 |
| 6 | Pyod, Llc as Assignee of Citibank (SD) NA | $ 23,830.07 | $ 0.00 | $ 842.36 |
| 7 | Pyod, Llc as Assignee of Citibank (SD) NA | $ 7,049.40 | $ 0.00 | $ 249.19 |
| 8 | Pyod, Llc as Assignee of Citibank (SD) NA | $ 7,755.63 | $ 0.00 | $ 274.15 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Pyod, Llc as Assignee of Citibank (SD) NA | $ 2,962.36 | $ 0.00 | $ 104.72 |
| 10 | AMERICAN EXPRESS BANK, FSB | $ 2,588.61 | $ 0.00 | $ 91.50 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,561.93 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE