IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| DUFFY, SHAWN G. and DUFFY, MARIANNE T., | Case No. 10-34376 |
| Debtors. | Honorable Jack B. Schmetterer |

## CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of Shawn G. Duffy and Marianne T. Duffy, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on November 29, 2016.


/s/ Barry A Chatz, Trustee


Barry A. Chatz (ARDC# 06196639)
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

FrankGecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654-6465

Access Community Health Network
Dept 9090, Box 87618
Chicago, IL 60680-0618

Acs/Mefa
501 Bleecker St
Utica, NY 13501-2401

Advocate Christ Hospital
PO Box 70508
Chicago, IL 60673-0508

Advocate Christ Medical Center
4440 West 95th Street
Oak Lawn, IL 60453-2600

Advocate Health Care
PO Box 70508
Chicago, IL 60673-0508

American Express
Box 0001
Los Angeles, CA 90096-8000

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Aurora Internists & PC
PO Box 564
Aurora, IL 60507-0564

Aurora Internists & Primary Care
c/o Collection Professionals Inc.
P.O. Box 416
Lasalle, IL 61301-0416

Bank Of America
Po Box 17054
Wilmington, DE 19850-7054

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Chase
225 Chastain Meadows
Westerville, OH 43081

Chase
PO Box 15153
Wilmington, DE 19886-5153

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase Bank
Michael D. Fine, Attorney
131 South Dearborn
Chicago, IL 60603-5520

Chase Bank USA
Michael D. Fine
131 S. Dearborn
Chicago, IL 60603-5520

Chase Bank USA
c/o Michael D. Fine
131 South Dearborn
Chicago, IL 60603-5520

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Citi-Bp Oil
Po Box 6497
Sioux Falls, SD 57117-6497

Citibank
Po Box 22828
Rochester, NY 14692-2828

Collection Prof/Lasal
723 1st St
La Salle, IL 61301-2535

Collection Professionals Inc
PO Box 416
La Salle, IL 61301-0416

Comcast
PO Box 3002
Southeastern, PA 19398-3002

Crd Prt Asso
13355 Noel Rd, 21st Floor  P O Box 80206
Dallas, TX 75240-6837

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Gemb/Jcp
Po Box 984100
El Paso, TX 79998

Gemb/Old Navy
Po Box 981400
El Paso, TX 79998-1400

Golden Pyramid Enterprises, Inc.
Kelly J. McClintic/Keating & Shure
55 West Monroe, Ste 160
Chicago, IL 60603-5001

Granite State Mgmt Res
4 Barrell Ct
Concord, NH 03301-8543

Harris & Harris
222 Merchandise Mart Plaza, #1900
Chicago, IL 60654-1421

Hsbc/Mnrds
90 Christiana Rd
New Castle, DE 19720-3118

Keynote Consulting
220 W Campus Dr Ste 102
Arlington Heights, IL 60004-1498

Little Company of Mary Care Station
5660 W. 95th Street, Ste 1
Oak Lawn, IL 60453-2300

Med Busi Bur
1460 Renaissance Drive Ste 400
Park Ridge, IL 60068-1349

Medical Business Bureau
PO Box 1219
Park Ridge, IL 60068-7219

Medical Recovery Specialists
2250 E Devon, Ste 352
Des Plaines, IL 60018-4519

Merchants Credit Guide
223 W Jackson Blvd Ste 4
Chicago, IL 60606-6914

Merchants Credit Guide Co
223 W. Jackson
Chicago, IL 60606-6914

Midwest Anesthesiologists Ltd
185 Penny Avenue
East Dundee, IL 60118-1455

Minuteclinic Diagnostic of Illinois
920 Second Ave S
Suite 400
Minneapolis, MN 55402-4010

Mrsi
2250 E Devon Ave Ste 352
Des Plaines, IL 60018-4521

Nationwide Credit & Co
815 Commerce Dr Ste 100
Oak Brook, IL 60523-8839

Nationwide Credit & Collection Co
815 Commerce Drive, # 100
Oak Brook, IL 60523-8839

Novamed Surg Ctr of Oak Lawn
6309 West 95th
Oak Lawn, IL 60453-2201

Novamed Surg Ctr of Oak Lawn
7980 Reliable Pkwy
Chicago, IL 60686-0079

Oak Lawn Endoscopy
9921 Southwest Hwy
Oak Lawn, IL 60453-3754

Oak Lawn Radiology Imaging Cons
37241 Eagle Way
Chicago, IL 60678-1372

PMI Diagnostic Imaging
7600 W. College Drive
Palos Heights, IL 60463-1001

PYOD, LLC its successors and assigns as assi
of Citibank (South Dakota), N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Palos Community Hospital
12251 South 80th Avenue
Palos Heights, IL 60463-0930

Palos Emergency Med Srvs Ltd
9944 South Roberts Rd
Palos Hills, IL 60465-1555

Palos Hospital
12251South 80th Avenue
Palos Heights, IL 60463-1256

Plastic Surgery & Hand Special
6311 West 95th Street
Oak Lawn, IL 60453-2201

Provena Mercy Medical Center
MiraMed Revenue Group, LLC
PO Box 536
Linden, MI 48451-0536

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

| | | |
|---|---|---|
| Radiology Imaging Specialists, Ltd<br>39465 Treasury Center<br>Chicago, IL 60694-9000 | Radiology and Nuclear Cons<br>7808 College Drive, 1SE<br>Palos Heights, IL 60463-1591 | Riaz A. Baber MD SC<br>1460 Bond St, Ste 130<br>Naperville, IL 60563-6510 |
| Sears/Cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Simmons 1st National<br>501 Main St<br>Pine Bluff, AR 71601-4327 | Southwest Centere for Gastroenterol<br>9921 Southwest Hwy<br>Oak Lawn, IL 60453-3754 |
| Target Nb<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster, IN 46321-4158 | United Collection Bureau<br>5620 Southwyck Blvd, # 206<br>Toledo, OH 43614-1501 |
| Unvl/Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Wfm/Wbm<br>1100 Corporate Center Dr<br>Raleigh, NC 27607-5066 |
| Wfnnb/Eddie Bauer<br>995 W 122nd Ave<br>Westminster, CO 80234-3417 | Barry A Chatz<br>Arnstein & Lehr<br>120 South Riverside Plaza Ste 1200<br>Chicago, IL 60606-3941 | James J. Morrone<br>James J. Morrone, P.C.<br>12820 South Ridgeland<br>Unit C<br>Palos Heights, IL 60463-2389 |
| Marianne T Duffy<br>6804 Crandall<br>Worth, IL 60482-1429 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Shawn G Duffy<br>6804 Crandall<br>Worth, IL 60482-1429 |