UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
DUFFY, SHAWN G § Case No. 10-34376
DUFFY, MARIANNE T §
§
Debtors §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 165,000.00 *(Without deducting any secured claims)* | Assets Exempt: 163,223.00 |
| Total Distributions to Claimants: 2,561.93 | Claims Discharged Without Payment: 483,327.05 |
| Total Expenses of Administration: 27,438.07 | |

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 165,197.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 27,438.07 | 27,438.07 | 27,438.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 248,216.03 | 72,475.95 | 72,475.95 | 2,561.93 |
| **TOTAL DISBURSEMENTS** | $ 413,413.03 | $ 99,914.02 | $ 99,914.02 | $ 30,000.00 |

4)  This case was originally filed under chapter 7 on 07/31/2010 . The case was pending for 80 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2017           By: /s/BARRY A. CHATZ
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cause of Action | 1249-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 134,957.00 | NA | NA | 0.00 |
| | Wfm/Wbm 1100 Corporate Center Dr Raleigh, NC 27607 | | 30,240.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 165,197.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| BARRY A. CHATZ | 2200-000 | NA | 106.95 | 106.95 | 106.95 |
| U. S. Bankruptcy Court | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| FRANKGECKER LLP | 3210-000 | NA | 12,808.00 | 12,808.00 | 12,808.00 |
| STUART M. BRODY | 3210-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| FRANKGECKER LLP | 3220-000 | NA | 35.44 | 35.44 | 35.44 |
| STUART M. BRODY | 3220-000 | NA | 477.68 | 477.68 | 477.68 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 27,438.07 | $ 27,438.07 | $ 27,438.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Access Community Health Network Dept 9090, Box 87618 Chicago, IL 60680-0618 | | 61.45 | NA | NA | 0.00 |
| | Acs/Mefa 501 Bleecker St Utica, NY 13501 | | 4,367.00 | NA | NA | 0.00 |
| | Acs/Mefa 501 Bleecker St Utica, NY 13501 | | 7,431.00 | NA | NA | 0.00 |
| | Advocate Christ Hospital PO Box 70508 Chicago, IL 60673 | | 456.00 | NA | NA | 0.00 |
| | Advocate Christ Medical Center 4440 West 95th Street Oak Lawn, IL 60453 | | 938.20 | NA | NA | 0.00 |
| | Advocate Health Care PO Box 70508 Chicago, IL 60673 | | 1,937.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | 2,290.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 2,857.00 | NA | NA | 0.00 |
| | Aurora Internists & PC PO Box 564 Aurora, IL 60507 | | 127.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 4,446.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 3,425.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 6,785.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 4,391.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 15,099.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 14,546.00 | NA | NA | 0.00 |
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | 4,391.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 225 Chastain Meadows Westerville, OH 43081 | | 7,032.00 | NA | NA | 0.00 |
| | Chase Bank Michael D. Fine, Attorney 131 South Dearborn Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank USA c/o Michael D. Fine 131 South Dearborn Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank USA Michael D. Fine 131 S. Dearborn Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Chase PO Box 15153 Wilmington, DE 19886-5153 | | 723.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 5,463.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 9,398.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 4,800.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,047.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 5,535.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 2,162.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 7,492.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 5,395.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 7,591.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 7,755.00 | NA | NA | 0.00 |
| | Citibank Po Box 22828 Rochester, NY 14692 | | 4,276.00 | NA | NA | 0.00 |
| | Citi-Bp Oil Po Box 6497 Sioux Falls, SD 57117 | | 33.00 | NA | NA | 0.00 |
| | Collection Prof/Lasal 723 1st St La Salle, IL 61301 | | 172.00 | NA | NA | 0.00 |
| | Comcast PO Box 3002 Southeastern, PA 19398-3002 | | 605.00 | NA | NA | 0.00 |
| | Crd Prt Asso 13355 Noel Rd, 21st Floor P O Box 80206 Dallas, TX 75380 | | 605.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 9,239.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 8,454.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 9,430.00 | NA | NA | 0.00 |
| | Gemb/Jcp Po Box 984100 El Paso, TX 79998 | | 1,292.00 | NA | NA | 0.00 |
| | Gemb/Old Navy Po Box 981400 El Paso, TX 79998 | | 1,794.00 | NA | NA | 0.00 |
| | Golden Pyramid Enterprises, Inc. Kelly J. McClintic/Keating & Shure 55 West Monroe, Ste 160 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Granite State Mgmt Res 4 Barrell Ct Concord, NH 03301 | | 9,981.00 | NA | NA | 0.00 |
| | Granite State Mgmt Res 4 Barrell Ct Concord, NH 03301 | | 10,125.00 | NA | NA | 0.00 |
| | Hsbc/Mnrds 90 Christiana Rd New Castle, DE 19720 | | 1,700.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Keynote Consulting 220 W Campus Dr Ste 102 Arlington Heights, IL 60004 | | 646.00 | NA | NA | 0.00 |
| | Little Company of Mary Care Station 5660 W. 95th Street, Ste 1 Oak Lawn, IL 60453 | | 18.38 | NA | NA | 0.00 |
| | Little Company of Mary Care Station 5660 W. 95th Street, Ste 1 Oak Lawn, IL 60453 | | 50.00 | NA | NA | 0.00 |
| | Med Busi Bur 1460 Renaissance Drive Ste 400 Park Ridge, IL 60068 | | 146.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 167.00 | NA | NA | 0.00 |
| | Midwest Anesthesiologists Ltd 185 Penny Avenue East Dundee, IL 60118 | | 146.00 | NA | NA | 0.00 |
| | Minuteclinic Diagnostic of Illinois 920 Second Ave S Suite 400 Minneapolis, MN 55402-4010 | | 20.00 | NA | NA | 0.00 |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | 938.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | 1,937.00 | NA | NA | 0.00 |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | 516.00 | NA | NA | 0.00 |
| | Novamed Surg Ctr of Oak Lawn 6309 West 95th Oak Lawn, IL 60453 | | 150.50 | NA | NA | 0.00 |
| | Novamed Surg Ctr of Oak Lawn 7980 Reliable Pkwy Chicago, IL 60686 | | 331.00 | NA | NA | 0.00 |
| | Oak Lawn Endoscopy 9921 Southwest Hwy Oak Lawn, IL 60453 | | 393.00 | NA | NA | 0.00 |
| | Oak Lawn Radiology Imaging Cons 37241 Eagle Way Chicago, IL 60678-1372 | | 57.00 | NA | NA | 0.00 |
| | Palos Community Hospital 12251 South 80th Avenue Palos Heights, IL 60463 | | 135.00 | NA | NA | 0.00 |
| | Palos Emergency Med Srvs Ltd 9944 South Roberts Rd Palos Hills, IL 60465 | | 267.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palos Hospital 12251South 80th Avenue Palos Heights, IL 60463 | | 516.62 | NA | NA | 0.00 |
| | Plastic Surgery & Hand Special 6311 West 95th Street Oak Lawn, IL 60453 | | 840.39 | NA | NA | 0.00 |
| | Plastic Surgery & Hand Special 6311 West 95th Street Oak Lawn, IL 60453 | | 646.00 | NA | NA | 0.00 |
| | PMI Diagnostic Imaging 7600 W. College Drive Palos Heights, IL 60463 | | 595.00 | NA | NA | 0.00 |
| | Provena Mercy Medical Center MiraMed Revenue Group, LLC PO Box 536 Linden, MI 48451 | | 1,737.00 | NA | NA | 0.00 |
| | Radiology and Nuclear Cons 7808 College Drive, 1SE Palos Heights, IL 60463 | | 35.33 | NA | NA | 0.00 |
| | Radiology Imaging Specialists, Ltd 39465 Treasury Center Chicago, IL 60694-9000 | | 76.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Riaz A. Baber MD SC 1460 Bond St, Ste 130 Naperville, IL 60563 | | 300.00 | NA | NA | 0.00 |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | 2,962.00 | NA | NA | 0.00 |
| | Simmons 1st National 501 Main St Pine Bluff, AR 71601 | | 5,124.00 | NA | NA | 0.00 |
| | Southwest Centere for Gastroenterol 9921 Southwest Hwy Oak Lawn, IL 60453 | | 319.16 | NA | NA | 0.00 |
| | Target Nb Po Box 673 Minneapolis, MN 55440 | | 1,872.00 | NA | NA | 0.00 |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | 7,049.00 | NA | NA | 0.00 |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | 23,830.00 | NA | NA | 0.00 |
| | Wfnnb/Eddie Bauer 995 W 122nd Ave Westminster, CO 80234 | | 749.00 | NA | NA | 0.00 |
| 10 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 2,588.61 | 2,588.61 | 91.50 |
| 4 | Aurora Internists & Primary Care | 7100-000 | NA | 209.32 | 209.32 | 7.40 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | NA | 9,469.40 | 9,469.40 | 334.73 |
| 2 | DISCOVER BANK | 7100-000 | NA | 8,454.65 | 8,454.65 | 298.86 |
| 3 | DISCOVER BANK | 7100-000 | NA | 9,406.85 | 9,406.85 | 332.52 |
| 6 | Pyod, Llc as Assignee of Citibank (SD) NA | 7100-000 | NA | 23,830.07 | 23,830.07 | 842.36 |
| 7 | Pyod, Llc as Assignee of Citibank (SD) NA | 7100-000 | NA | 7,049.40 | 7,049.40 | 249.19 |
| 8 | Pyod, Llc as Assignee of Citibank (SD) NA | 7100-000 | NA | 7,755.63 | 7,755.63 | 274.15 |
| 9 | Pyod, Llc as Assignee of Citibank (SD) NA | 7100-000 | NA | 2,962.36 | 2,962.36 | 104.72 |
| 5 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 749.66 | 749.66 | 26.50 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 248,216.03 | $ 72,475.95 | $ 72,475.95 | $ 2,561.93 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-34376 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | DUFFY, SHAWN G | | | | Date Filed (f) or Converted (c): | 07/31/2010 (f) |
| | DUFFY, MARIANNE T | | | | 341(a) Meeting Date: | 10/22/2010 |
| For Period Ending: | 02/10/2017 | | | | Claims Bar Date: | 02/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property Located At 6804 Crandall, Worth, Illinois | 165,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking account | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 350.00 | 0.00 | | 0.00 | FA |
| 5. Books, pictures, art objects, collections | 350.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 7. IRA, ERISA, Keogh or pension or profit sharing plans | 146,000.00 | 0.00 | | 0.00 | FA |
| 8. IRA, ERISA, Keogh or pension or profit sharing plans | 14,473.00 | 0.00 | | 0.00 | FA |
| 9. Automobiles, trucks, trailers, vehicles | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Automobiles, trucks, trailers, vehicles | 500.00 | 0.00 | | 0.00 | FA |
| 11. Cause of Action (u) | Unknown | Unknown | | 30,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $328,223.00     $0.00     $30,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution made 12/27/16.

| RE PROP # | 9 | -- | 1999 Lincoln Town Car |
| RE PROP # | 10 | -- | 1996 Crown Victoria |
| RE PROP # | 11 | -- | Trustee discovered potential cause of action being prosecuted by debtors post-discharge. Trustee stepped into suit as rightful owner of cause of action. |

Page: 2

Case 10-34376    Doc 52    Filed 03/07/17    Entered 03/07/17 14:21:32    Desc Main
Initial Projected Date of Final Report (TFR): 12/31/2016    Current Projected Date of Final Report (TFR): 12/31/2016
Document    Page 16 of 20

Exhibit 8

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-34376 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | DUFFY, SHAWN G | Bank Name: | Union Bank |
| | DUFFY, MARIANNE T | Account Number/CD#: | XXXXXX0821 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9249 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/10/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/12/16 | 11 | GOLDEN PYRAMID ENT. INC. | PREFERENCE SETTLEMENT | 1249-000 | $30,000.00 | | $30,000.00 |
| 06/14/16 | 400001 | BRODY, STUART M.<br>Sneckenberg, Thompson & Brody, LLP<br>161 N. Clark Street<br>Suite 3575<br>Chicago, IL 60601 | ATTORNEY FEES AND EXPENSES PURSUANT TO COURT ORDER ENTERED 6/13/16 | | | $10,477.68 | $19,522.32 |
| | | BRODY, STUART M. | ($10,000.00) | 3210-000 | | | |
| | | BRODY, STUART M. | ($477.68) | 3220-000 | | | |
| 12/27/16 | 400002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Distribution | | | $3,856.95 | $15,665.37 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($3,750.00) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($106.95) | 2200-000 | | | |
| 12/27/16 | 400003 | U. S. Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $15,405.37 |
| 12/27/16 | 400004 | FRANKGECKER LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Distribution | | | $12,843.44 | $2,561.93 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($12,808.00) | 3210-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($35.44) | 3220-000 | | | |
| 12/27/16 | 400005 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Distribution | | | $966.11 | $1,595.82 |

Page Subtotals: $30,000.00 $28,404.18

UST Form 101-7-TDR (10/1/2010) (Page: 17)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-34376 | Trustee Name: BARRY A. CHATZ |
| Case Name: DUFFY, SHAWN G | Bank Name: Union Bank |
| DUFFY, MARIANNE T | Account Number/CD#: XXXXXX0821 |
| | Checking |
| Taxpayer ID No: XX-XXX9249 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | DISCOVER BANK | Final distribution to claim 1 representing a payment of 3.53 % per court order. | ($334.73) 7100-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 2 representing a payment of 3.53 % per court order. | ($298.86) 7100-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 3 representing a payment of 3.53 % per court order. | ($332.52) 7100-000 | | | |
| 12/27/16 | 400006 | Aurora Internists & Primary Care C/O Collection Professionals Inc. P.O. Box 416 Lasalle, Il 61301 | Final distribution to claim 4 representing a payment of 3.53 % per court order. | 7100-000 | | $7.40 | $1,588.42 |
| 12/27/16 | 400007 | Quantum3 Group Llc As Agent For Moma Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 5 representing a payment of 3.53 % per court order. | 7100-000 | | $26.50 | $1,561.92 |
| 12/27/16 | 400008 | Pyod, Llc as Assignee of Citibank (SD) NA Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Distribution | | | $1,470.42 | $91.50 |
| | | Pyod, Llc as Assignee of Citibank (SD) NA | Final distribution to claim 6 representing a payment of 3.53 % per court order. | ($842.36) 7100-000 | | | |
| | | Pyod, Llc as Assignee of Citibank (SD) NA | Final distribution to claim 7 representing a payment of 3.53 % per court order. | ($249.19) 7100-000 | | | |
| | | Pyod, Llc as Assignee of Citibank (SD) NA | Final distribution to claim 8 representing a payment of 3.53 % per court order. | ($274.15) 7100-000 | | | |
| | | Pyod, Llc as Assignee of Citibank (SD) NA | Final distribution to claim 9 representing a payment of 3.53 % per court order. | ($104.72) 7100-000 | | | |
| 12/27/16 | 400009 | AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Final distribution to claim 10 representing a payment of 3.53 % per court order. | 7100-000 | | $91.50 | $0.00 |

Page Subtotals:               $0.00        $1,595.82

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Exhibit 9

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $30,000.00 | $30,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $30,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $30,000.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0821 - Checking | $30,000.00 | $30,000.00 | $0.00 |
| | $30,000.00 | $30,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Page Subtotals:       $0.00       $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*